IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHERYL LANEY,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | **CIVIL ACTION NO. 4:18-CV-00448** | |
| § | | |
| **DIAKON LOGISTICS (DELAWARE),** § | | |
| **INC., PV HOLDING CORP., ROBERT** § | | |
| **DAVIS, HOWARD CHARLES** § | | |
| **JOHNSON,** § | | |
| Defendants. § | | |

**STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE AS
TO PV HOLDING CORP., ONLY**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, **CHERYL LANEY** files this Stipulation pf Dismissal Without Prejudice as to **PV HOLDING CORP., only** and respectfully notifies the Court as follows:

1. On January 8, 2018, Plaintiff, **CHERYL LANEY,** filed suit against Defendants.

2. Plaintiff, **CHERYL LANEY**, moves to dismiss her claims against **PV HOLDING CORP., only**.

3. This case is not a class action.

4. This case is not governed by any federal statute that requires a court order for the dismissal of **PV HOLDING CORP., only**.

5. Plaintiff has not previously dismissed any federal court or state court suit based on the same claims as those presented in this case.

6. This dismissal is *without* prejudice to re-filing.

Respectfully submitted,

**MUKERJI LAW FIRM, P.C.**

By:    */s/ Sam K. Mukerji*
      Sam K. Mukerji
      S.D. TX. No.: 1064231
      State Bar No.: 24053377
      Jonathan E. Bleyer
      S.D. TX. No.: 2496379
      State Bar No.: 24089990
      Mukerji Law Firm, P.C.
      2405 Smith Street
      Houston, Texas  77006
      Office: (713) 222-1222
      Facsimile: (713) 222-0555
      litigation@mukerjilaw.com
      smukerjilaw@mukerjilaw.com
      jbleyer@mukerjilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant Federal Rules of Civil Procedure on this the 28th day of November, 2018.

      */s/ Sam K. Mukerji*
      Sam K. Mukerji